## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                                   Case No. 11-39009

    JEROME DAVIS
    VERONICA E WALKER DAVIS
        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/26/2011.

2)  The plan was confirmed on 12/01/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5)  The case was completed on 06/03/2016.

6)  Number of months from filing to last payment: 56.

7)  Number of months case was pending: 61.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $60,400.00.

10) Amount of unsecured claims discharged without payment: $152,841.11.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $34,875.00 | |
| Less amount refunded to debtor | $3.92 | |
| **NET RECEIPTS:** | | **$34,871.08** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,546.98 | |
| Other | $58.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,104.98** |

Attorney fees paid and disclosed by debtor:                    $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL H | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| AMO RECOVERIES | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ARM ACCOUNTS RECEIVABLES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,539.00 | 1,539.84 | 1,539.84 | 153.98 | 0.00 |
| ATT MIDWEST | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 3,000.00 | 3,795.16 | 3,795.16 | 379.52 | 0.00 |
| CHICAGO HEIGHTS WATER DEPT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING ASSOC LLC | Unsecured | 437.40 | NA | NA | 0.00 | 0.00 |
| CHICAGO SUN TIMES | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CITI/BP OIL | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,500.00 | 2,064.80 | 2,064.80 | 206.48 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | 100.00 | 100.00 | 10.00 | 0.00 |
| CLEARWIRE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 9,069.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEBT RECOVERY SOLUTION | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,769.00 | 112.82 | 112.82 | 11.28 | 0.00 |
| EMERGENCY ROOM PROVIDERS SC | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| ERNESTO D BORGES JR | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 2,161.22 | 2,161.22 | 2,161.22 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 258.48 | 258.48 | 25.85 | 0.00 |
| IL DEPT OF TRANSPORTATION | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,000.00 | 2,554.47 | 2,554.47 | 2,554.47 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 300.00 | 216.78 | 216.78 | 21.68 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 429.00 | 0.00 | 669.52 | 66.95 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 14,540.00 | 15,209.52 | 14,540.00 | 14,540.00 | 1,299.85 |
| MIDLAND FUNDING LLC | Unsecured | NA | 343.71 | 343.71 | 34.37 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 5,340.00 | 5,439.80 | 5,439.80 | 543.98 | 0.00 |
| NORWEGIAN AMERICAN HOSPITAL | Unsecured | 830.07 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Secured | 1,715.00 | 4,816.79 | 4,816.79 | 4,816.79 | 301.91 |
| NUVELL CREDIT CO LLC | Unsecured | 3,102.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY | Secured | NA | 0.00 | 500.00 | 500.00 | 0.00 |
| OMNIUM WORLDWIDE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PHILLIP SAUER | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| PHONICS READING PROGRAM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN PROMPT | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| POPULAR MORTGAGE SERVICING | Secured | 250,100.00 | NA | NA | 0.00 | 0.00 |
| POPULAR MORTGAGE SERVICING | Unsecured | 49,900.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,991.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,991.00 | 2,649.57 | 2,649.57 | 264.96 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 640.00 | 640.41 | 640.41 | 64.04 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 68.00 | 68.82 | 68.82 | 6.88 | 0.00 |
| RMS | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| ROBERT R MUCCI | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Unsecured | 10,503.00 | 16,358.16 | 16,358.16 | 1,635.82 | 0.00 |
| SILVERLEAF RESORTS | Secured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 800.00 | 741.96 | 741.96 | 74.20 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,100.00 | 668.67 | 668.67 | 66.87 | 0.00 |
| STEIN & ROTMAN | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGIST | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BERWYN | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 250.00 | 350.00 | 250.00 | 25.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Secured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WELL GROUP HEALTH PARTNERS | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,356.79 | $19,356.79 | $1,601.76 |
| All Other Secured | $500.00 | $500.00 | $0.00 |
| **TOTAL SECURED:** | **$19,856.79** | **$19,856.79** | **$1,601.76** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,715.69 | $4,715.69 | $0.00 |
| **TOTAL PRIORITY:** | **$4,715.69** | **$4,715.69** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$35,918.50** | **$3,591.86** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,104.98 |
| Disbursements to Creditors | $29,766.10 |
| | |
| **TOTAL DISBURSEMENTS**: | **$34,871.08** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2016                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**